IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. 74,060





QUINTIN PHILLIPPE JONES, Appellant



v.



THE STATE OF TEXAS





ON DIRECT APPEAL


FROM TARRANT COUNTY






 Womack, J., filed a dissenting opinion in which Johnson, J., joined.



 With all respect to the Members of the Court who have decided otherwise, I would
not conclude, beyond a reasonable doubt, that the constitutional violation in admitting the
appellant's confessions to two additional murders at the punishment stage of this capital
trial did not contribute to the jury's verdict for capital punishment. I would sustain the
appellant's first point, affirm the judgment of guilt, and remand this case for a new punishment hearing.



En banc.

Delivered: November 5, 2003

Publish.